IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| 3 G WIRELESS, INC., et al | : CIVIL ACTION |
| v. | : |
| METRO PCS PENNSYLVANIA, LLC, et al | : NO. 15-6319 |

## ORDER

AND NOW, this 29th day of February 2016, upon consideration of Defendants' Motions to Dismiss (ECF Doc. Nos. 28, 29), Plaintiffs' Opposition (ECF Doc. No. 38 & 39), following oral argument and for the reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motions to Dismiss (ECF Doc. Nos. 28, 29) are **GRANTED** and the Plaintiffs' claims are **DISMISSED with prejudice**.

The Clerk of Court shall close this matter.

_____
KEARNEY, J.